**Order entered January 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01293-CV

---

### JAMES A.WALTER, Appellant

### V.

### 21ST CENTURY INSURANCE COMPANY, ET AL., Appellees

---

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-08240-A**

---

## ORDER

On December 21, 2012, the Clerk of the Court sent a letter to appellant directing him to provide written verification that he had paid or made arrangements to pay the county clerk's fee for preparing the record. Appellant responded with a December 31, 2012 motion "for review by the Court of Appeals of a decision, order or directive by the Clerk of the 5th Court of Appeals." Appellant requests to be allowed to place $600.00 in his trust account while he negotiates with the county clerk, requests that this Court hold a hearing to determine what amount is due for the record, and asks that this Court find the amount charged by the county clerk to be unreasonable and that the amount be reduced. The Court **DENIES** the motion. On its own motion, the Court **GRANTS** appellant a twenty day extension of time to comply with the December 21, 2012 letter.

/s/      ELIZABETH LANG-MIERS
JUSTICE